99　97|
Case 1|
0120 458|

## WESTERN & ATLANTIC R. R. CO. *v.* PATILLO.

*Lumpkin, J.*—The action being for damages resulting from personal injuries, and the plaintiff having neither alleged nor proved anything as to lost time, it was error to charge that the plaintiff "would be entitled to recover, also, for lost time in consequence of the injury sustained," and that the jury could "look to the evidence and see how much time he did lose, and what his time was worth."

2. There was no error other than that above indicated which would require the granting of a new trial.

May 19, 1896. Argued at the last term.　　*Judgment reversed.*

Action for damages.　　Before Judge Milner.　　City court of Cartersville.　　June term, 1895.

*Payne & Tye* and *J. W. Harris, Jr.*, for plaintiff in error.

*A. S. Johnson* and *J. M. Neel*, contra.

---

## ROFF *v.* McARTHUR *et al.*

*Simmons, C. J.*—Where the question of granting or refusing an injunction depended upon conflicting evidence, this court will not interfere with the discretion of the trial judge, especially where the judgment excepted to is a refusal to grant an interlocutory injunction, and such refusal is apparently supported by a preponderance of the evidence.　　*Judgment reversed.*

May 19, 1896. Argued at the last term.

Petition for injunction.　　Before Judge Milner.　　Gordon county.　　November 12, 1895.

*Rankin & Kiker*, for plaintiff.

*O. N. Starr*, for defendants.